IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02510-PAB

PAUL JAMES IRVIN,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO
WARDEN CHAPMAN, and
JOHN SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Second Amended Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order**, Respondent Attorney General of the State of Colorado shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Case No. 06CR2196 in the Adams County District Court, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Adams County District Court
            1100 Judicial Drive

        Brighton, Colorado 80601;

(2)    Assistant Solicitor General
        Appellate Division
        Office of the Attorney General
        1525 Sherman Street
        Denver, Colorado  80203; and

(3)    Court Services Manager
        State Court Administrator's Office
        101 W. Colfax, Ste. 500
        Denver, Colorado  80202.

DATED June 9, 2011.

                                              BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge